☒

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | **Judge Russ Kendig** |
| Shon D. Gooodman | ) | |
| | ) | **Case No.** |
| | ) | |
| Debtor(s) | ) ☑ | **Chapter 13 Form Plan Summary** |
| | ) ☐ | **Amended Chapter 13 Plan** |

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

Debtor shall surrender the real property located at 2233 16th Street, N.E., Canton, Ohio 44705 to lien creditors.

☐ Continued on attached separate page(s).

2. __3__ % to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B1)
   Creditor                                    Description of asset or contract

   _____     _____
   _____     _____
   _____     _____

☐ Continued on attached separate page(s).

All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| Stark County Auditor | 1st | 305 Bedford Ave. | | Paid by trustee |
| Internal Revenue Service | 2nd | 305 Bedford Ave. | | Paid by trustee |
| Capital One Bank | 3rd | 305 Bedford Ave. | | Stripped AND not secured |

☑ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | | Estimated Amount | Rate (%) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

Creditor: _____

Date Incurred: _____

Collateral: _____

Monthly Payment: _____

Interest Rate: _____

Estimated Balance: _____

☐ Continued on attached separate page(s).

2

7. Liens to be crammed down but not stripped. (E7)

   Creditor: _____ _____ _____

   Date Incurred: _____ _____ _____

   Collateral: _____ _____ _____

   Monthly Payment: _____ _____ _____

   Interest Rate: _____ _____ _____

   Secured Value: _____ _____ _____

   ☐ Continued on attached separate page(s).

   **Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   | Creditor | Source & Year | Amount |
   |---|---|---|
   | | | |
   | | | |

   ☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ 430.00 monthly for a minimum of 36 months, or all future disposable income, whichever is greater. Payments shall be by ☐ Wage Order on employer ■ By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

/s/ Shon D. Goodman
_____      _____
Debtor's Signature - Name typed below    Debtor's Signature - Name typed below
SHON D. GOODMAN

_____
Attorney's Signature - Name (state bar #), address, and phone typed below
DAVID A. MUCKLOW, ESQ (#0072875)
919 E. TURKEYFOOT LAKE ROAD
AKRON, OH 44312
(330) 896-8190

4

Overflow Pages *[Attach only if necessary]*

1. **Special Provisions**

3. **Assumed unexpired leases and executory contracts (B1)**

| Creditor | Description of asset or contract |
|---|---|
| | |
| | |
| | |

4. **Mortgages or judgment liens - ongoing monthly payment (C, E3, E6)**

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
| Chrylser Financial Services | 1st | 305 Bedford Ave. | | Stripped AND not secured |
| City of Akron | 2nd | 305 Bedford Ave. | | Stripped AND not secured |
| City of Akron | 3rd | 305 Bedford Ave. | | Stripped AND not secured |

5. **Mortgage Arrears (E4)**

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| | | |
| | | |
| | | |

6. **Secured non-mortgage claims to be paid full current balance (E5)**

   Creditor: _____ _____ _____

   Date Incurred: _____ _____ _____

   Collateral: _____ _____ _____

   Monthly Payment: _____ _____ _____

   Interest Rate: _____ _____ _____

   Estimated Balance: _____ _____ _____

7. **Liens to be crammed down (E7)**

   Creditor: _____ _____ _____

   Date Incurred: _____ _____ _____

   Collateral: _____ _____ _____

   Monthly Payment: _____ _____ _____

   Interest Rate: _____ _____ _____

   Secured Value: _____ _____ _____

8. **Priority claims to be paid in full and estimated as follows (E8)**

   | Creditor | Source & Year | Amount |
   |---|---|---|
   | _____ | _____ | _____ _____ |
   | _____ | _____ | _____ _____ |
   | _____ | _____ | _____ _____ |